**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**   * | |
| * | |
| V.   * | **Cr. No: 17CR216 (CKK)** |
| * | |
| **ANGELA CORTEZ**   * | |
| * | |
| **Defendant(s).**   * | |
| * | |

DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE
AND MOVE TO THE DISTRICT OF COLUMBIA

***COMES NOW***, the Angela Cortez, the defendant, through undersigned counsel, and hereby respectfully moves this honorable court modify her conditions of release and permit her to move to the District of Columbia. The following is in support of this motion:

Ms. Cortez has been under U.S. Pre-Trial Supervision since December 2, 2017, when she was released on her personal recognizance. She was initially released with strict conditions, however, as time has gone by and she has shown compliance with supervision, the conditions have been modified somewhat. She continues to reside with her mother who the Court assigned as her third party custodian, however, she has been permitted to travel to the District of Columbia for court hearings without third party accompaniment as initially ordered.

On January 10, 2019, Ms. Cortez entered a guilty plea to count one of the indictment, namely, conspiracy to possess and attempt to distribute marijuana, in violation of 21 U.S.C. 841(a)(1) and 21 U.S.C. 841(b)(1)(C). She is scheduled to be sentenced on April 26, 2019. Ms. Cortez' guideline range as calculated by the parties

and the initial presentence report is an offense level 4, taking into account a 2 level reduction for acceptance of responsibility. Ms. Cortez has no criminal history points, therefore, the U.S. Guideline range recommends a sentence of 0-6 months.

Ms. Cortez would like to move to the District of Columbia mid-April 2019, prior to her sentencing and that of her boyfriend, Jeremy Albrecht, a co-defendant in this case. Assuming Mr. Albrecht is sentenced to time served or something close to that, Ms. Cortez intends to live with him in the District of Columbia, once he is released. Ms. Cortez may or may not have employment lined up before she moves to the District. She has had interviews while in the area for her recent court matters however, the prospective employers were disinclined to hire her because she did not reside locally.

Initially, Ms. Cortez anticipates obtaining work as a server in a restaurant. She is currently trying to save some money while working in Texas so that she will be able to pay for her first months rent when she moves to the area. Her mother has also agreed to help Ms. Cortez out financially during her first few months of living in the area.

The U.S. Pre-trial Services Office does not oppose Ms. Cortez' request as she is in compliance with her conditions of release. Government counsel Karla Dee Clark, Esq, was informed of this motion and Ms. Clark informed undersigned that she does not oppose the modification to permit Ms. Cortez reside in the District of Columbia.

**WHEREFORE**, Ms. Cortez respectfully requests that the court modify her conditions of release and permit her relocate to the District of Columbia mid-April, 2019, for the reasons expressed in this pleading.

Respectfully submitted,

/s/
_____

Elita C. Amato, Esq.
 2111 Wilson Blvd.,
8th Floor
Arlington, VA  22201
703-522-5900
**Attorney for Angela Cortez**

# CERTIFICATE OF SERVICE

I hereby certify that this Motion was filed electronically through the ECF filing system on this 11th day of March 2019, thereby, providing service electronically upon all parties in this case, including Assistant U.S. Attorney Karla Dee Clark.

/s/
_____
Elita C. Amato