IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Crim. No.17CR216 (CKK) |
| ANGELA CORTEZ | : |
| *(defendant)* | : |

## ORDER

Upon consideration of the Angela Cortez' *Unopposed Motion to Modify Conditions of Release and Move to the District of Columbia*, there being no opposition, and for good cause shown it is this 12th day of March, 2019, hereby

**ORDERED** that Angela Cortez' motion is granted; and it is further

**ORDERED** that Angela Cortez may move to the District of Columbia mid-April 2019; and it is further

**ORDERED** that once Angela Cortez moves to the District of Columbia she will be monitored by the DC U.S. Pre-trial Services Agency and be required to call in to the DC U.S. Pre-trial Services Agency once per week for the duration of her case, all other general conditions of release remain in effect.

_____
Colleen Kollar-Kotelly
United States District Judge